UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALFRED EUGENE OSLEY,

        Plaintiff,

v.                                          Case No. 12-12279
                                            Honorable Julian Abele Cook, Jr.
COMMISSIONER OF
SOCIAL SECURITY

        Defendant.

## ORDER

This case involves a complaint by the Plaintiff, Alfred Osley, who, in relying upon the authority of 42 U.S.C. § 405(g), has asked this Court to review a final decision by the Defendant, the Commissioner of the Social Security Administration ("Commissioner"). The parties thereafter filed motions for summary judgment pursuant to Federal Rule of Civil Procedure 56, both of which were forwarded by the Court to Magistrate Judge Hluchaniuk for evaluation. In a report on June 20, 2013, the Magistrate Judge recommended that this Court (1) grant Osley's motion for summary judgment in part, (2) deny the Commissioner's motion for summary judgment in part, (3) reverse the findings of the Commissioner in part, and (4) remand the matter pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation . As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The period of time for filing objections having now expired, this Court adopts

the report, including the recommendations of the Magistrate Judge, in its entirety.

        IT IS SO ORDERED.

Date: July 9, 2013                 s/Julian Abele Cook, Jr.
                                           JULIAN ABELE COOK, JR.
                                           U.S. District Judge

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on July 9, 2013.

                                            s/ Kay Doaks
                                            Case Manager